UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PHILIP RANEY, | No. 2:23-cv-2929 CKD P |
| Petitioner, | |
| v. | ORDER |
| JIM COOPER, | |
| Respondent. | |

Petitioner, a California detainee proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with a request to proceed in forma pauperis. Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

It appears that petitioner has been committed to the California State Hospital pursuant to criminal proceedings occurring in the Superior Court of Sacramento County. Petitioner challenges his commitment, as well as forced medication.

Any challenge to petitioner's commitment must be brought in a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 as that statute provides the exclusive remedy for persons in state custody challenging custody. White v. Lambert, 370 F.3d 1002, 1010 (9th Cir. 2004).

/////

Any challenge to forced medications is a challenge to conditions of confinement and must be brought in a complaint filed pursuant to 42 U.S.C. § 1983. <u>Nettles v. Grounds</u>, 830 F.3d 922, 927 (9th Cir. 2016).

Good cause appearing, petitioner's § 2241 petition will be dismissed without prejudice to petitioner filing a § 2254 petition on the form to be provided by the Clerk of the Court. If petitioner wishes to challenge conditions of confinement such as forced medication, he must initiate a separate action for violation of civil rights under 42 U.S.C. § 1983.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis (ECF No. 2) is granted.

2. Petitioner's application for writ of habeas corpus under 28 U.S.C. § 2241 is dismissed with leave to file an application for a writ of habeas corpus under 28 U.S.C. § 2254 within 30 days.

3. The § 2254 petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It also must bear the case number assigned to this action.

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application appropriate for California prisoners and detainees.

Dated: January 9, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rane2929.115