UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PHILIP RANEY, | No. 2:23-cv-2929 CKD P |
| Petitioner, | |
| v. | ORDER AND |
| JIM COOPER, | FINDINGS AND RECOMMENDATIONS |
| Respondent. | |

On January 9, 2024, the court dismissed petitioner's petition for writ of habeas corpus filed under 28 U.S.C. § 2241 with leave with leave to file a petition for a writ of habeas corpus under 28 U.S.C. § 2254 within 30 days. The 30-day period has expired, and petitioner has not filed a § 2254 petition.

Although it appears from the docket that petitioner's copy of the January 9, 2024, order was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 14, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rane2929.fta